

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**F I L E D**

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

EC· AUG 1 9 2019

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

*Mark R Sanders* )
_____ )
)
_____ )
Plaintiff(s) *Drake Louis Enterprise LLC* )
*Symphony Countryside LLC* )
v. *Symphony Hmg LLC* )
*Symcare Healthcare LLC* )
*Symcare Hmg LLC* )
*Symcare Holdings LLC* )
*Symcare ML LLC* )
Defendant(s). )

Case Number: *1:19-CV-02308*

## **COMPLAINT OF EMPLOYMENT DISCRIMINATION**

1. This is an action for employment discrimination.

2. The plaintiff is *Mark R Sanders* of the county of *Dupage* in the state of *Illinois*.

3. The defendant is *Symphony Of Orchard Valley*, whose street address is *2330 W. Galena Blvd*, (city) *Aurora* (county) *Kane* (state) *Illinois* (ZIP) *60406*

(Defendant's telephone number) (*630*) – *896 - 4686*

4. The plaintiff sought employment or was employed by the defendant at (street address) *2330 W Galena Blvd* (city) *Aurora* (county) *Kane* (state) *Illinois* (ZIP code) *60406*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

5.      The plaintiff [**check one box**]

(a)  ☐  was denied employment by the defendant.

(b)  ☐  was hired and is still employed by the defendant.

(c)  ☑  was employed but is no longer employed by the defendant.

6.      The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) _May_ , (day) _1st_ , (year) _2015_ .

7.1     (**Choose paragraph 7.1 or 7.2, do not complete both**.)

(a)  The defendant is not a federal governmental agency, and the plaintiff [check one box] ☑*has* ☐*has not* filed a charge or charges against the defendant

asserting the acts of discrimination indicated in this complaint with any of the

following government agencies:

(i)  ☑ the United States Equal Employment Opportunity Commission, on or about

(month) _April_ (day) _9th_ (year) _2018_ .

(ii)  ☑ the Illinois Department of Human Rights, on or about

(month) _March_ (day) _14th_ (year) _2019_ .

(b)  If charges *were* filed with an agency indicated above, a copy of the charge is

attached. ☑ Yes, ☐ No, **but plaintiff will file a copy of the charge within 14 days**.

It is the policy of both the Equal Employment Opportunity Commission and the Illinois

Department of Human Rights to cross-file with the other agency all charges received. The

plaintiff has no reason to believe that this policy was not followed in this case.

7.2     The defendant is a federal governmental agency, and

(a)  the plaintiff previously filed a Complaint of Employment Discrimination with the

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

defendant asserting the acts of discrimination indicated in this court complaint.

    ☐ Yes (month)_____*N/A*_____ (day)_*N/A*_ (year)____*N/A*__

    ☐ No, did not file Complaint of Employment Discrimination

(b)    The plaintiff received a Final Agency Decision on (month)___*N/A*___

    (day) _*N/A*_ (year) ___*N/A*__ .

(c)    Attached is a copy of the

    (i)  Complaint of Employment Discrimination,

        ☑ Yes    ☐ No, but a copy will be filed within 14 days.

    (ii) Final Agency Decision

        ☑ Yes    ☐ N0, but a copy will be filed within 14 days.

8.    *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

    (a) ☐    the United States Equal Employment Opportunity Commission has not

        issued a *Notice of Right to Sue.*

    (b) ☑ the United States Equal Employment Opportunity Commission has issued

        a *Notice of Right to Sue*, which was received by the plaintiff on

        (month)_*March*__ (day)_*802*__ (year)_*2019*__ a copy of which

        *Notice* is attached to this complaint.

9.    The defendant discriminated against the plaintiff because of the plaintiff's [***check only***

***those that apply***]:

    (a) ☐ Age (Age Discrimination Employment Act).

    (b) ☐ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(c) ☐ Disability (Americans with Disabilities Act or Rehabilitation Act)

(d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e) ☑ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

(g) ☑ Sex (Title VII of the Civil Rights Act of 1964)

10.  If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11.  Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the ADA by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791; and for the ADEA, 29 U.S.C. § 626(c).

12.  The defendant [*check only those that apply*]

(a) ☐ failed to hire the plaintiff.

(b) ☑ terminated the plaintiff's employment.

(c) ☑ failed to promote the plaintiff.

(d) ☐ failed to reasonably accommodate the plaintiff's religion.

(e) ☐ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☑ failed to stop harassment;

(g) ☑ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h) ☐ other (specify): _____

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

_____

13. The facts supporting the plaintiff's claim of discrimination are as follows:

   *Please See Attachment*

_____

_____

_____

_____

14. **[*AGE DISCRIMINATION ONLY*]** Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☑ Yes ☐ No

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

   (a) ☐ Direct the defendant to hire the plaintiff.

   (b) ☐ Direct the defendant to re-employ the plaintiff.

   (c) ☐ Direct the defendant to promote the plaintiff.

   (d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

   (e) ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

   (f) ☑ Direct the defendant to (specify): *A Monitary Award of*
   *$ 3,000,000.00*

   _____

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

(g)   ☑  If available, grant the plaintiff appropriate injunctive relief, lost wages,
         liquidated/double damages, front pay, compensatory damages, punitive
         damages, prejudgment interest, post-judgment interest, and costs, including
         reasonable attorney fees and expert witness fees.

(h)   ☐  Grant such other relief as the Court may find appropriate.

_____
(Plaintiff's signature)

Mark R Sanders
(Plaintiff's name)

307 S. West Ave Apt B
(Plaintiff's street address)

(City) Elmhurst (State) IL (ZIP) 60126

(Plaintiff's telephone number) (630) – 201 - 2517

Date: 8/15/2019

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

"ITEM 13 CONTINUED"

Hello, my name is Mark R Sanders and the following describes in detail why I believe I have been discriminated against by the defendant. It is my claim that Symphony of Orchard Valley and the Symphony Network have violated my civil rights by subjecting me to practices (through employment) that are based in racism (black male), gender, harassment and retaliation all of which has caused me great mental anguish and financial distress. The following statements will lay out in detail (with evidential attachments) the events that lead to me filing my EEOC charge, my subsequent retaliatory firing and continued events after the fact.

Sometime around January of 2015 I was hired as a floor nurse at Symphony of Orchard Valley (known as Countryside at that time). For the first five months I worked as a float nurse which means I did not have an assigned work section and that I would go from one section to another. Around this five month mark I requested to be assigned to a permeant work section which was capriciously denied. Over the course of the next two months two female nurses (Irene, Viridiana) were hired and immediately assigned permeant sections which was peculiar to me since I had just requested a permeant section. So, I made another request (denied). Almost a year and a half would pass before I was eventually given my own section all the while female nurses were being hired into permeant sections (i.e. nurse Avis).

Next, sometime around June of 2016 (attachment #1) I was approached by my shift supervisor and asked if I had gotten fried chicken for lunch, implying since I'm black that's what I'm expected to do. I let the incident go as an off colored remark and moved on. About a week or two later this same supervisor comes to me asking me if I want a banana with a smirk on her face. Saying "yeah I bet you want a banana". At which point I had had enough, and I wrote a letter to my administrator describing what had happened. I was told that the situation would be investigated and that someone would get back to me about the matter. Nothing ever happened. This person was never admonished (as far as I know) and she continued as my supervisor for the next six months until she left of her own accord.

Next, March of 2017 I had just earned my Nursing Home Administrators License (NHAL) and I wanted to apply for a promotion within the company seeing as how they had a dedicated apprentice program for new administrators. So, I gave a copy of my Administrators License to the human resources department and I was told someone would get back to me. Two days later I was approached by the human resource director and told that I should look outside of the company for an opportunity in this position and that I shouldn't bother putting in an application, which I interpreted as a rejection because of my race.

Later, that same month my Director of Nursing (D.O.N.) rearranged my work section to assign me more patients to care for in an effort to appease another floor nurse (white female) on top of that almost all of the new admissions (new arrived patients, which requires and extensive amount of processing) were being diverted my way in addition to my normal duties of supervising assistive personnel, administering medications and relaying labs and diagnostics it all became

"ITEM 13 CONTINUED"

too much to handle. So, in an effort to maintain my sanity I decided to take a couple of mental health days off. During those days off I was berated, suspended and written up via text message by my D.O.N. To which I was forced to write the corporate office in an effort to save my job (Attachment #2). I never got a response from anyone and no one ever came to me to speak about the matter. April of 2017, I obtained a law firm and filed a charge with the EEOC to protect myself from my employer.

Next, in December of 2017 I wrote a letter to the corporate office (Attachment #3) due to the fact that I had started to get unsubstantiated write ups in what I perceived as a retaliatory effort to build a case for firing me. This time I did get a response. The corporate office sent two consultants to speak to me on the matter. I had requested that these recent write ups be removed from my file. The consultants explained to me that they could not tell the employer what to do and that Symphony were refusing to remove the write ups.

Next, April of 2018 there was a confrontation between me and the D.O.N. to which another document was sent to the corporate office (Attachment #4). Two days after submitting this document I was fired in what I can only describe as a conspiracy between the D.O.N and the administrator (her twin sister) and the corporate office to build a weak case (in retaliation for filing my EEOC charge) against me on allegations to which no other nurse would be fired for. During this time, I had been in contact with the VP of human resources (Scott Norton). An investigation was done by the VP of human resources to which he claims that my firing was justified.

Finally, in September of 2018 I received a letter from the Illinois Department of Employment Securities stating that an appeal had been filed by my former employer in an effort to revoke my benefits. I also took this as a retaliatory measure to bring me undue distress and hardship. Symphony had hired a third-party firm (Personnel Planners) to come after my unemployment benefits which in my suspicion is not a standard practice by the company and was only applied in my case as a form of harassment and retaliation. Also this action was somewhat frivolous due to the fact that the deadline to contest my benefits had passed almost five months prior. So, a letter was written to the administrative judge in this matter (Attachment #5) in an effort to abate any kind of discontinuation / repayment of my benefits.

EEOC Form 5 (11/09)

## CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act
Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | **AMENDED** |
| ☒ EEOC | **440-2017-03480** |

**Illinois Department Of Human Rights** and EEOC

State or local Agency, if any

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| **Mr. Mark Sanders** | **(630) 201-2517** | **7/14/1979** |

Street Address                    City, State and ZIP Code

**P.O. Box 7657, Westchester, IL 60154**

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **SYMPHONY OF ORCHARD VALLEY** | **101 - 200** | **(630) 896-4686** |

Street Address                    City, State and ZIP Code

**2330 W. Galena Blvd., Aurora, IL 60406**

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

Street Address                    City, State and ZIP Code

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE ☐ COLOR ☒ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☒ RETALIATION ☐ AGE ☐ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest                    Latest
**04-04-2018**

☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

Statement of Harm: Symphony has discriminated and retaliated against me in the workplace due to my race and gender. I reported the discriminatory conduct to management, but no action was taken to address my concerns. Since reporting, Symphony has retaliated against me. For example, my workload has drastically increased and my supervisor frequently scrutinizes my work at a higher level than other employees. I have also recently been passed over for a promotion despite my experience and qualifications.

This is an amendment to charge 440-2017-03480. I was retaliated against by Symphony of Orchard Valley and terminated under pretext after filing my previous charge with the EEOC.

Statement of Discrimination: I believe I have been discriminated against because of race, African American, and gender, male, in violation of Title VII of the Civil Rights Act of 1964 (Title VII). I believe I have been retaliated against as a result of my engagement in a protected activity by reporting discrimination in the workplace in violation of Title VII o the Civil Rights Act of 1964 (Title VII).

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| **Apr 9, 2018** _____ Date          Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) **RECEIVED EEOC** |

APR 9 2018

**CHICAGO DISTRICT OFFICE**

EEOC Form 161 (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

| To: | **Mark Sanders** | From: | **Chicago District Office** |
|---|---|---|---|
| | c/o Gary Martoccio | | 500 West Madison St |
| | **SPIELBERGER LAW GROUP** | | **Suite 2000** |
| | 202 S. Hoover Blvd | | Chicago, IL 60661 |
| | Tampa, FL 33609 | | |

☐ On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **AMENDED** | **Michaela McGlynn,** | |
| **440-2017-03480** | **Investigator** | **(312) 869-8176** |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

_Julianne Bowman_        3/8/19

Enclosures(s)                    **Julianne Bowman,**          (Date Mailed)
                                **District Director**

cc:    **SYMPHONY OF ORCHARD VALLEY**

c/o Scott Norton
**Vice President of Human Resources**
2330 W. Galena Blvd.
Aurora, IL 60406

Mark R Sanders
307 S. West Ave Apt B
Elmhurst, IL 60126
Andramida333@yahoo.com

March 12, 2019

Illinois Department of Human Rights
Attn: EEOC Referred Charges/Intake Unit
100 W. Randolph St., Ste. 10-100
Chicago, IL 60601

Dear: Illinois Department of Human Rights.

Hello, I Mark R Sanders am writing today to request that the Illinois Department of Human Rights conduct and investigation (control # 170515-009) in relation to my EEOC charge of discrimination against my former employer Symphony of Orchard Valley and the Symphony Network (Right to Sue letter included). If any further communication is necessary, I can be reached a the above address or 630-201-2517. Thank you.

Sincerely,

Mark R Sanders

Mark R. Sanders                                                      July 8, 2016
P.O. Box 5053
Aurora, IL 60507


Symphony of Orchard Valley
2330 W Galena Blvd.
Aurora, IL 60506


Dear: Administration / Human Resources


Hello, My name is Mark R Sanders and this is my letter of an Official Grievance. Over the pass
two weeks I have had two incidents with the PM supervisor (Rebecca / Becky) and her use of
racial insensitive comments while speaking to me. The first incident came when I had retuned
from lunch and sat down at my computer to get started with my work. I was approached by
Rebecca and  she proceeded to ask me about my lunch and had I gotten some fried chicken. I
proceed to ignore the comment and continued with my work. Incident two came about a week
later. Once again I was sitting at my computer desk and I was approached by Rebecca at which
point she offer me a plum, to which I declined. She procced by saying "no, I bet you want a
banana" with a smirk on her face. I've found this comments to be very disconcerting and rude. I
was hesitant in reporting this matter for fear of retaliation and potentially losing my job, because
it appears this person (Rebecca) is close to my Director of Nursing (D.O.N.). To which I've had
an incident in the pass with a close acquaintance of the D.O.N. where I was suspended for two
days and had my job threatened over whether or not I had given a breathing treatment. It is my
personal opinion that a PM supervisor is a unnecessary position. Reason being is that this person
has very little to do in the position which causes them to micromanage so they can appear to be
useful. But, in actuality they tend to cause more problems than they solve. What is needed is an
Admissions Nurse to provide continuity, accuracy and completeness to all new admissions.
Which currently is hit or miss. In closing I felt that it was necessary to submit this grievance for
my own protection and to intervene / discourage further behavior of this sort form the PM
supervisor.

A sub grievance to this grievance is that I have been asking for my yearly review repeatedly for
the last several months and I've gotten nothing but the run around. So, please. I would like to
resolve this this issue also as soon as possible. Thank you.


Sincerely,


Mark R. Sanders

"ITEM 13 CONTINUED"                                                          EXHIBIT 2

Mark R Sanders                                                              March 20, 2017
P.O. Box 5053
Aurora, IL 60507

Symphony of Orchard Valley
2330 Galena Blvd.
Aurora, IL 60506

To: Whom it may concern / Administration

Hello, my name is Mark Sanders and I am a floor nurse here at Symphony of Orchard Valley.
I'm writing this letter in response to a disciplinary action that was levied upon me for what I
believe are unjustifiable reasons. It is my opinion that these actions are retaliatory in nature and
are an attempt to set me up for a Constructive Dismissal. In orders to understand my reasoning a
little bit of back story is required.

On March 14, 2017. I was assigned to work on the 3-11 shift 500 wing.  At 4:30 Pm it was
brought to my attention that going to have two new admissions coming in on this shift which is a
rarity due to how time consuming and multi-faceted the process is to complete an admission. Just
days earlier my census load was reorganized to add one whole half of the two hundred wing to
my list of resident's / guest that I'm responsible for which takes time to adjust to (mind you, I
had been told a week earlier by my Director of Nursing (D.O.N.) that the two hundred wing
would be taken over by one single nurse in its entirety and would no longer be a part of my
assigned census).  Long story short, my two admissions didn't arrive until after 8:30 Pm which is
a problem because at that time I'm in the middle of my second medication pass and I'm also
inundated with other distractions that are a part of the shift (very stressful). My work shift is
scheduled to end at 11:00 Pm which didn't leave me enough time to complete my admissions as
thoroughly as I would have liked to have (and had done in the past). I left the facility at my
scheduled time with incompleted forms and no batch orders which I felt could were not time
sensitive and could be completed the following day on my scheduled shift.

On March 15, 2017. I received a text message from my Director of Nursing (D.O.N.) saying that
I needed to come into work early to go over the two admissions from the previous night. On a
side noted I think it's highly inappropriate and intrusive to be continuously texted on things that
should be handled during my working hours. I was never asked if it were okay to text me and I
think the practice should be discontinued. Back to the story. I arrived at work at my scheduled
time and I stopped in to see my D.O.N as requested. I was brought to my attention that I had

EXHIBIT 2

supposedly missed entering a medication (to which I was being charged with a medication error) into the computer for one of my new admissions and that I had incomplete forms and no batch orders. To which my response was a request for reformation of how the admission process is to be completed. My D.O.N. did consider the fact that the additional rooms from the two hundred hall may have been a mitigating factor in my incomplete admissions and suggested that I endorse incompleted admissions over to the next shift (which was unrealistic, seeing as how third shift has no clue on how to do an admission) from now on. Side note, I think that it's unfair that admissions only come on the 3-11 shift and it is especially unfair to have one nurse have multiple admissions on one shift (it is overwhelming). I feel that the 7-3 shift should have to partake in admissions also (which happens every blue moon).

So, from that point I leave my D.O.N's office and I start my normal shift. To my surprise, it was anything but normal. A discharge was endorsed to me from a previous shift, orders were being written from left to right from doctors and NP's in addition to a slew of other pertinent distractions. But the icing on the cake was that I was to get three admissions for the night (which at the time felt like they were asking me to do the impossible). There was no way to endorse any parts of these admissions to the next shift because the person who came on behind me was a "as needed" nurse who had no idea on how to complete an admission. I had to ask myself was this being done intentionally? was I being set up to fail or make a mistake (conjecture). I responded to this by requesting the next two additional work days off due being over worked / over stressed and the fact that I did not feel that I could affectively do my duties without regathering and resetting my approach to the new challenges that I was now facing. Now, mind you I was taking these days off to relive some mental stress and to regather myself. Instead, over the course of the next two days my stress was compounded by multiple text messages, false allegations, being held liable for things that were out of my control and a two-day suspension all coming from my D.O.N.

On March 16, 2017. I received a text message from my D.O.N. asking me if I were coming into work today. To which I replied no, and that I had told the scheduler the previous day that I wasn't coming in the for the next two days. Then I received a text message from the scheduler asking the same thing (even though I had confirmed this with her the previous day). Nothing else was said by either person for the rest of the day.

March 17, 2017. I received another text message from my D.O.N. saying that she need to speak with me after her morning meeting and that she would call me. At about 2:00 Pm I finally received a call from her stating the following: 1) There was a fall on my shift to which I sent a resident out to the ER (under a doctor's orders) and she claims that I did not notify her about the resident being sent out, which is false. I called her twice. The first time no answer and the second time I left a message. 2) One of my three admission was a guest that had a large dose of Methadone as a part of her discharge orders. Now, even though I followed standard operating procedures by going over the medication list with the doctor and entering this information into our system and faxing the medication list to pharmacy as I have always done I was told by my D.O.N. that I should never had accepted this resident with such a large dose of Methadone (which was explained to me that such a large dose is used to treat drug addiction) and that I should have contacted her in regards to this matter and I was being suspended for two days for these infractions. It is my understanding that screening of potential residents / guest is the duty of

the D.O.N. and I've never on any admission in the past contact any D.O.N. in regards to medications on admissions.

This is when I noticed a pattern emerging from my D.O.N. where she'll allow me to be overwhelmed with a workload and afterward will take a fine-tooth comb and search for errors in my work. If she doesn't find any errors, she'll conjure up some errors which leaves me valuable in ways of a Constructive Discharge from this company and attempts made against my nursing license (all of which effect my livelihood). There are times where I feel as if this D.O.N. has me in her crosshairs and wants to me uncomfortable enough to where I quite in frustration or I make enough mistakes to justify my termination. It took her a whole day and a half to come up with some sort of excuse to punish me which, I think she did it just to get back at me for calling off for two days (as if I were trying to slight her somehow by calling off for two days).

To remedy this situation may I suggest the follow: 1) Have an outside consultant come in and show this D.O.N. how to plan, organize, forecast, command, coordinate and control her staff in an efficient and effect way instead of shooting from the hip (as perceived by me). 2) Spread out admissions evenly and fairly as not to overwhelm any one nurse. Or, possibly hire a full time second shift two hundred wing nurse. Or, have the PM supervisor also operate as an admissions nurse. 3) Stop the text messaging on the personal phones. The Point Click Care system has a built-in messaging service that should be adequate for one to one message between all staff.

While I have your attention I'd also like to make a request in regards to my rate of pay. For the past two years, I have been requesting a formal performance review to which has fallen on deaf ears. So, I'll ask again right here and now. It is my intention to end my medical service career within the Symphony network. I have just recently passed my Illinois Nursing Home Administrator Exam (and am now licensed) and would like to move up within the company's network when positions become available. I was recently told by the Human Resource Department here at Symphony of Orchard Valley that there were no current openings within the network and that I should look outside of Symphony to get my foot in the door from another company, but I think I'll just be patient and wait for an opportunity here. Also, before this years is completed it is my intention to become a certified Gerontology Nurse and to become certified in Advanced Life Support. I'm committed to this company and I would hope that this company would reciprocate this sentiment by increasing my base rate of pay to a modest $35 an hour. Thank you.


Sincerely,


Mark R. Sanders, LPN, RN, BABA, LNHA

"ITEM 13 CONTINUED"                                        EXHIBIT 3

Mark R Sanders                                      December 05, 2017
P.O. Box 5053
Aurora, IL 60507

Symphony of Orchard Valley
2330 W. Galena Blvd.
Aurora, IL 60506

Dear: Administration or to whom it may concern

My Name is Mark Sanders and I 'am currently employed as a nurse here at Symphony of
Orchard Valley. I'm writing this letter to officially contest two write ups that were given to me
within the last forty-five days. I feel that these write ups were haphazardly investigated and
lacked efficient evidence to give them any real merit. What follows is my defense and
explanation as to why these two infractions should be removed from my file immediately.

The first write up that I would like to refute is an alleged medication error. Resident x was
prescribed two different dosages of Metformin (1,000 and 500 mg). I was charged with not
giving the 1,000 mg of Metformin as scheduled for my shift based on unremoved tablets for the
bingo cards. It was inferred that based on the dispensary date printed on the bingo card that more
tablets should have been removed from the package by that date in time of this offence, which is
evidence of nothing. 1) Just because there's a dispensary date printed on the package doesn't
mean that the medication was available for use on that day. Our pharmacy is notorious for a long
lag time between ordering medication and the medication arriving. Even if I did arrive when
said, it is not uncommon for medication to be miss filed and miss placed within the facility. It
was never considered that I may had been giving two tabs of the Metformin 500 mg. It is my
opinion that nothing was proven in this instance and this write should be removed from my file.

My most recent write up involved a room change due to a resident testing positive for C-Diff. I
was charged with Incomplete / unsatisfactory work. On November 27, 2017 I received a lab
stating that resident xx had tested positive for an infectious disease. I immediately contacted my
D.O.N. (Director of Nursing) via PCC messaging to notify her of this finding (as per policy).
Two hours later I received a message from my D.O.N. stating that room 609 was available and
that this resident should be moved. I immediately contacted the PM supervisor on shift at the
time and explained to her the situation that was going on with this resident and the order that was
given by the D.O.N. My PM supervisor went to this resident's room and noticed that he was
sleeping. She came back to me and told me that the room change would have to wait and that she
was not going to go out to the garage for the isolation supplies need for the room change because
she almost hurt herself the last time she was out there. At this point the situation was out of my

hands and I endorsed the room changing to the next shift. The next day I was written up by my D.O.N. even though I explained to her how the situation unfolded and that I did not have the authority to overrule my PM shift supervisor she proceeded to write me up anyway.

But, what I really found troubling about this most recent incident is the way in which I was approached by my D.O.N. The encounter was full of unnecessary vitriol and hostility directed at me from her. I felt disrespected and humiliated during the reproach of my duties and that this whole situation could have been handled with more tact and professionalism form my D.O.N. This is not the first time that she has spoken to me with contempt, but I 'am hoping the it is the last.

Now, normally I would follow the chain of command when addressing an issue of this sort. But, I feel that this situation can not be look at objectively by my administrator due to the fact my D.O.N. and her are sisters and that there is a serious conflict of interest. I look forward to addressing this situation as soon as possible.


Sincerely,


Mark R Sanders RN

"ITEM 13 CONTINUED"                                        EXHIBIT 4

Mark R Sanders                                              April 2, 2018
P.O. Box 7657
Westchester, IL 60154

Symphony of Orchard Valley
2330 W Galena Blvd
Aurora, IL 60506

Dear: Administration / Corporate Symphony

Hello, my name is Mark R Sanders and I'm an employee (Nurse) here at Symphony of Orchard
Valley. Today I'm writing this letter as a formal grievance towards the Director of Nursing
(D.O.N.). This letter is in reference to an incident that took place on March 30, 2018 between
myself and the D.O.N. in which I was berated and humiliated in front of staff, residents and
family members due to a misstatement in my charting.

On this day in question I was approached by the D.O.N. at my kart in the 500-wing hallway near
the dining area. The conversation immediately started out confrontational / hostile by the D.O.N.
as evidenced by her brash tone of voice and head bobbing, to which I was taken aback and
confused. She goes on to tell me that I made a miss entry in my charting where I had said that I
had left a message for a particular doctor, but it was the wrong doctor. Easy mistake, to which
the solution would be to go and correct the charting (which I did). This only heightened her
irrationality and she became even more animated, at which point I attempted to deescalate the
situation by calmly and politely asking her to discuss this situation somewhere privately. Her
response was to state that I was such a big liar and abruptly walk off. All of this mind you in the
view of everyone. In my mind that was the end of it, but no.

The D.O.N. comes by to question me on two separate occasions on trivial matters i.e. who my
aid for the day was and what was the phone number of the doctor, things she could have easy
found out for herself by looking at the schedule and the communication book at the nursing
station. I interpreted these subsequent visits as an attempt to bait me into further confrontation.

On her finial visit I asked her again, can we go somewhere privately to talk to which she agreed.
She storms down to the A.D.O.N.'s office and once there immediately back in hostile territory
again (on her part). The conversation goes nowhere and in the mist of it all it becomes clear to
me that this person just doesn't like me and has some sort on vendetta against me, which is
interesting due to the lack of interaction that we've had during her tenure. She goes on to tell me
that my introverted personality makes me unmanageable and that she would fire me if she could,
also she didn't like the fact that was always going to corporate with complaints. I personally

think that she doesn't like black men (especially one that comes across as arrogant) and that her efforts are racially motivated. It is my opinion that she did what she did, where she did it to knock me down a peg and humiliate me. Which seems to be a theme with her.

I recently had a family member approach me and tell me that she was also humiliated by this D.O.N. She told me that it was alluded that she was filthy and had brought bed bugs in on her person and infected her mom's room (M. Lenert). She told me this with tears in her eyes.

Needless to say, that this has cause me undue stress. I never know what to expect and it makes for a very hostile work environment. I know for a fact that she would've never approached another nurse in this manner and she has absolutely has no respect for me (without warrant).

I personally think that this D.O.N. lacks the aptitude or the temperament to effectively lead the nursing staff of this facility and to continue with her would be at an adverse effect for all nurses and the building as a whole.


P.S. while I have your attention. I would like to express my concern about what I perceived to explicit drug use by staff member. It is my observation that some individual employed at this facility have shown signs and symptoms of Adderall and/or marijuana abuse (Possibly other scheduled medication without a prescription). I'd think it to be in the company's best interest to immediately do randomized drug screen on all employees for the best interest of our resident's.

Also, for three years I have been asking for a performance review to possibly get a raise in pay. I ask again today for a performance review. Thanks.



Sincerely,


Mark R Sanders RN.

Item 13 Continued                    Exhibit 4

# CORRECTIVE ACTION NOTICE

Mark Sander
Employee Name

Orchard Valley
Location

R.N.
Position

4/4/2018
Date

Describe the problem situation (be specific in detailing the poor performance or inappropriate behavior). Provide specific dates of occurrence. If applicable, outline previous discussions.

The above employee did not follow policy/procedure for documentation) & physician notification. After being inserviced 2x in the last 15 days. This resulted in unnecessary treatment with the potential

What are the employee's reasons for the situation? for adverse reaction

What must be done to correct the situation and what specific corrective action(s) is the employee committing to?

If applicable, outline what disciplinary action is being taken now and what disciplinary action will be taken if the problem situation continues? Is there a follow up date?

Termination

Employee Comments:

Employee Signature
(note, signature is to acknowledge
receipt, not agreement. Failure to
sign may lead to further discipline)

Patricia Clark, BSN, ADON
Supervisor Signature

Next Level Manager Signature

Witnesses: Linda Franczak HRD; RN MSS D.t MAN

Mark R Sanders
307 S West Ave Apt B
Elmhurst, IL 60126-3061
Docket Number: 1825793

September 26, 2018

Illinois Department of Employment Security
Appeals – Chicago
33 S State St – 8ᵗʰ Floor
Chicago, IL 60603

Dear: Karenne A. Giannini (Administrative Law Judge)

Hello, my name is Mark R Sanders I'm a currently scheduled for a Hearing of Appeals
(10/11/2018) in reference to my eligibility for Unemployment Insurance Benefits. According to
my notice letter three questions will be asked at this hearing that will determine if I will continue
to receive benefits. I would like to make a statement in advance to each question and to give my
opinion as to why my former employer (and their agent) have filed this appeal.

The first question is to whether an appeal was filed within the thirty-day time limit of the
adjudicator's determination? The answer is no. The determination of this case was completed on
04/20/2018 and the appeal was not filed until 09/04/2018.

The next question is to whether the employer filed a timely notice of possible ineligibility? I'm
assuming the answer is no due to the fact that it has been five months since the determination
was entered.

The final question is as follows: 1) Why was the claimant separated from employment with this
employer? Answer: for alleged misconduct. 2) If discharged was it for misconduct in connection
with work? Answer: yes, it has been previously determined by the IDES that the claimant (me)
had made an error and was discharged. 3) If claimant left voluntarily, was it for good cause
attributable to the employer? Answer: not applicable.

It is my opinion that my former employer has entered this frivolously late appeal as a form of
retaliation for me filing an EEOC charge against this employer. My former employer has decided
to manipulate the appeals system to cause me further undue hardship and distress. It is my hope
that this letter will help in abating any further action against my benefits.

Sincerely,

Mark R Sanders