**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION**

| | | |
|---|---|---|
| MARK R. SANDERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:19-cv-2308 |
| | ) | |
| SYMPHONY COUNTRYSIDE LLC and | ) | Hon. John Robert Blakey |
| MAESTRO CONSULTING SERVICES | ) | |
| LLC, | ) | |
| | | |
| Defendants. | | |

## STIPULATION OF DISMISSAL OF CLAIMS AGAINST SYMPHONY HEALTHCARE LLC, DRAKE LOUIS ENTERPRISE LLC, SYMAG HOLDINGS LLC, SYMPHONY M.L. LLC, SYMPHONY MONARCH HOLDINGS LLC, AND SYMPHONY HMG LLC

Pursuant to Federal Rule of Civil Procedure 41(A)(1)(a)(ii), Plaintiff Mark R. Sanders and Defendants Symphony Countryside LLC and Maestro Consulting Services LLC (collectively, "Defendants") file their Stipulation of Dismissal of Claims Against Symphony Healthcare LLC, Drake Louis Enterprise LLC, Symag Holdings LLC, Symphony M.L. LLC, Symphony Monarch Holdings LLC, and Symphony HMG LLC, and state as follows:

1.      On June 1, 2020, Plaintiff files his Second Amended Complaint, alleging race discrimination, sex discrimination, and retaliation in violation of 42 U.S.C. § 1981 and Title VII of the Civil Rights Act of 1964. (Dkt. 27.)

2.      Plaintiff's Second Amended Complaint names as Defendants eight related legal entities associated with the Symphony Care Network brand, including Symphony Countryside LLC, Symphony Healthcare LLC, Drake Louis Enterprise LLC, Symag Holdings LLC, Symphony M.L. LLC, Symphony Monarch Holdings LLC, Symphony HMG LLC, and Maestro Consulting Services LLC.

3.      Symphony Countryside LLC was Plaintiff's primary employer during the period of time relevant to this lawsuit. Plaintiff named the other entities because, he alleges, certain individuals who worked for the Symphony Care Network's corporate office — namely, Carly Saltis, Scott Norton, and Tony Prather — were also involved in the decision to terminate his employment. However, due to the Symphony Care Network's complicated legal structure, it was unclear to Plaintiff when he filed the Second Amended Complaint which of the legal entities associated with the Symphony Care Network brand employed these individuals.

4.      On July 20, 2020, counsel for Defendants confirmed that Maestro Consulting Services LLC employed Saltis, Norton, and Prather during Plaintiff's employment with Symphony Countryside LLC.

5.      Based on counsel's representation that Maestro Consulting Services LLC is the entity that employed Saltis, Norton, and Prather during Plaintiff's employment with Symphony Countryside LLC, Plaintiff now agrees that his claims should proceed against Symphony Countryside LLC and Maestro Consulting Services LLC only.

6.      Accordingly, Plaintiff voluntarily dismisses without prejudice his claims against Symphony Healthcare LLC, Drake Louis Enterprise LLC, Symag Holdings LLC, Symphony M.L. LLC, Symphony Monarch Holdings LLC, and Symphony HMG LLC. Plaintiff also voluntarily dismisses without prejudice his claims against Symcare Healthcare LLC, Symcare HMG LLC, Symcare Holdings LLC, and Symcare ML LLC, which were named in Plaintiff's Amended Complaint but not his Second Amended Complaint.

7.      Plaintiff preserves his right to seek leave to rename these defendants or to name additional defendants if new information reveals that other Symphony-related legal entities are liable to Plaintiff for the wrongful conduct he alleges.

Dated: July 22, 2020

Respectfully submitted,

**MARK SANDERS**

Respectfully submitted,

**SYMPHONY COUNTRYSIDE LLC, AND
MAESTRO CONSULTING SERVICES LLC**

By: /s/ Andrew S. Murphy

Todd A. Rowden
trowden@taftlaw.com
Heather A. Jackson
hjackson@taftlaw.com
Andrew S. Murphy
amurphy@taftlaw.com
TAFT STETTINIUS & HOLLISTER LLP
111 E. Wacker Dr., Suite 2800
Chicago, IL 60601
312-527-4000

By: /s/ Sheri A. Mercer (with consent)

Kevin M. O'Hagan
kohagan@ohaganmeyer.com
Sheri A. Mercier
smercier@ohaganmeyer.com
O'HAGAN MEYER LLC
1 E. Wacker Dr., Suite 3400
Chicago, Illinois 60601
312-422-6100

**CERTIFICATE OF SERVICE**

I hereby certify that on July 22, 2020, I electronically filed the foregoing with the

Clerk of the Court for the United States District Court for the Northern District of Illinois by using

the CM/ECF system. I certify that all participants in the case are registered CM/ECF users

and that service will be accomplished by the CM/ECF system

By: *_/s/ Andrew S. Murphy_*