IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Mark R. Sanders

Plaintiff(s),

v.

Symphony Countryside LLC

Defendant(s).

Case No. 19cv2308
Judge Sheila Finnegan

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ Judgment is hereby entered in favor of Defendant(s) and against Plaintiff(s):

Defendant(s) shall recover costs from plaintiff(s)

[X] other: Judgment is hereby entered in favor of Defendant Symphony Countryside LLC and against Plaintiff Mark R. Sanders on all counts of Plaintiff's second amended complaint [78].

This action was *(check one)*:

☐ tried by a jury with Judge presiding, and the jury has rendered a verdict.
☐ tried by Judge without a jury and the above decision was reached.
☒ decided by Judge John Robert Blakey on a motion.

Date: 3/29/2023

Thomas G. Bruton, Clerk of Court
Scott White, Deputy Clerk